176 A.3d 226

CITIMORTGAGE, INC., PLAINTIFF–RESPONDENT, v. THOMAS AVELLINO, DEFENDANT–PETITIONER.

C–392 September Term 2017
079401

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005058–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

176 A.3d 226

IN THE MATTER OF THE APPLICATION OF THE TOWNSHIP OF SOUTH BRUNSWICK, COUNTY OF MIDDLESEX.

M–451/452 September Term 2017
080180

December 8, 2017

ORDER

It is ORDERED that the motion of the South Brunswick Township Planning Board for leave to file a motion for leave to appeal as within time (M–451) is granted; and it is further

ORDERED that the motion for leave to appeal (M–452) is denied.